Daron D. Tong (SBN 96220)
Michele Miller (SBN 213723)
McKAGUE & TONG, LLP
250 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone (415) 409-5222
Facsimile  (415) 409-0467
ddt@artisanlaw.com

Attorneys for Use-Plaintiff
SPECIALTY A/C PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of:<br><br>SPECIALTY A/C PRODUCTS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>COOPER CONSTRUCTION, INC. and FIDELITY AND DEPOSIT COMPANY OF MARYLAND,<br><br>Defendants. | Case No.: C 05-04705 VRW<br><br>DISMISSAL OF PROCEEDINGS AND ~~PROPOSED~~ ORDER |

Plaintiff Specialty A/C Products, Inc., by and through its undersigned counsel, requests that the Court dismiss the entire action with prejudice. None of the Defendants have appeared and the matter has been resolved.

Dated: January 11, 2006          McKAGUE & TONG, LLP


          /s/
          Daron D. Tong
          Attorneys for Use-Plaintiff SPECIALTY A/C PRODUCTS, INC

<u>ORDER</u>

Upon the foregoing request of Plaintiff's counsel,

IT IS SO ORDERED.

Dated:
_____, 2006

Dated: January 17, 2006

_____
Vaughn R. Walker
Chief Judge, United States District Court
Northern District of California

**GRANTED** — Judge Vaughn R Walker